LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
**GILBERT & SACKMAN**
**A Law Corporation**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-3139

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 105 RETIREES' SUPPLEMENTAL HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION OF SHEET METAL AIR, RAIL AND TRANSPORTATION WORKERS LOCAL UNION 105 DUES CHECK OFF AND DEFERRED SAVINGS FUND; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL INDUSTRY LABOR MANAGEMENT COOPERATION TRUST; SHEET METAL AND AIR CONDITIONING CONTRACTORS NATIONAL ASSOCIATION OF SOUTHERN CALIFORNIA; AND LOCAL 105 HEALTH REIMBURSEMENT PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> WESTLAND HEATING AND AIR CONDITIONING, INC.; KIM HELTON; AND TRAVIS ARTHUR LEE; individuals, <br><br> Defendants. | Case No. 5:18-cv-00731 PA (SHKx) <br><br> Hon. Percy Anderson <br><br> ORDER AND JUDGMENT ON STIPULATION FOR JUDGMENT |

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee ("JATC"); Board of Trustees of the Sheet Metal Workers Local 105 Retirees' Supplemental Health Care Trust Fund ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan ("401(a) Plan"); Sheet Metal Workers' International Association of Sheet Metal Air, Rail and Transportation Workers Local Union No. 105 Union Dues Check-Off and Deferred Savings Fund ("Dues and Savings Fund"); Board of Trustees of the Southern California Sheet Metal Industry Labor Management Cooperation Trust ("LMCT"); Board of Trustees of the Sheet Metal and Air Conditioning Contractors National Association of Southern California ("Industry Fund"); and Local 105 Health Reimbursement Plan ("HRA") (collectively the "Plans" or "Trust Funds"), and Defendants, KIM HELTON, and TRAVIS ARTHUR LEE (collectively "Individual Defendants"); and WESTLAND HEATING AND AIR CONDITIONING, INC. ("Company") the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Company and Individual Defendants is indebted to the Plans in the total amount of $282,462.73 as follows: contributions (including the "Savings Deferral" which are wages deducted from employee paychecks) in the amount of $189,623.28 for the delinquent work months of December 2017 and January 2018; $53,877.12 in liquidated damages for late payment or nonpayment of contributions for the work months of October 2015 through December 2015, January 2017, September 2017 through December 2017, and January 2018; $18,962.33 in interest for late payment or nonpayment of contributions; and attorney's fees in the amount of $20,000.00.

1

ORDER ON STIPULATION FOR JUDGMENT

2. Judgment is entered in favor of the Plans and against the Company and Individual Defendants, jointly and severally, in the amount of $282,462.73 in delinquent employee benefit plan contributions, accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

**IT IS SO ORDERED.**

Dated: April 13, 2018

_____
HON. PERCY ANDERSON
U.S. DISTRICT COURT JUDGE